AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



| United States of America | ) |
|---|---|
| v. | ) |
| Osmar VENEJAS-MEJIA | ) Case No. 25-932M(NJ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Osmar VENEJAS-MEJIA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846, & 843(b) & 18 U.S.C. § 2(a): Distribution of, and Possession with Intent to Distribute, Controlled Substances; Attempt and Conspiracy to commit violations of Controlled Substances Offenses, including to Distribute and Possess with Intent to Distribute Controlled Substances; Use of Communications Facilities to Facilitate Controlled Substance Felonies; and Aiding and Abetting the same.

8 U.S.C. § 1326: Reentry of Removed Aliens

Date: 05/28/2025

*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/28/25, and the person was arrested on *(date)* 05/29/25
at *(city and state)* Milwaukee, WI.

Date: 05/29/25

*Arresting officer's signature*

TFO Luke Hepp
*Printed name and title*